1  SEE NEXT PAGE FOR LIST OF COUNSEL

2

3  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
4  **SAN FRANCISCO DIVISION**

5  BIO-RAD LABORATORIES, INC. AND      Case No. 3:17-cv-4339-VC
   LAWRENCE LIVERMORE NATIONAL
6  SECURITY, LLC,                       **JOINT STIPULATION AND**
                                        **[PROPOSED] ORDER OF DISMISSAL**
7           Plaintiffs,

8       vs.                             Judge: Vince Chhabria

9  10X GENOMICS, INC.

10

11          Defendant.

| | | |
|---|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Randy Z. Wu (SBN 293090) |
| 2 | David Bilsker (Bar No. 152383) | 6230 Stoneridge Mall Road |
|   | davidbilsker@quinnemanuel.com | Pleasanton CA 94588 |
| 3 | 50 California Street, 22nd Floor | Telephone: (925) 401-7318 |
|   | San Francisco, California 94111-4788 | Randy.Wu@10xgenomics.com |
| 4 | Telephone: (415) 875-6600 | |
|   | Facsimile: (415) 875-6700 | **TENSEGRITY LAW GROUP, LLP** |
| 5 | | MATTHEW D. POWERS (Bar No. 104795) |
|   | Kevin Johnson (Bar No. 177129) | matthew.powers@tensegritylawgroup.com |
| 6 | kevinjohnson@quinnemanuel.com | 555 Twin Dolphin Drive, Suite 650 |
|   | 555 Twin Dolphin Dr., 5th Floor | Redwood Shores, CA 94065 |
| 7 | Redwood Shores, California 94065 | Telephone:   (650) 802-6000 |
|   | Telephone: (650) 801-5000 | Facsimile:    (650) 802-6001 |
| 8 | Facsimile: (650) 801-5100 | |
|   | | AZRA M. HADZIMEHMEDOVIC (Bar No. 239088) |
| 9 | *Attorneys for Plaintiffs* | azra@tensegritylawgroup.com |
| 10 | *Bio-Rad Laboratories, Inc. and* | 8260 Greensboro Drive, Suite 260 |
|    | *Lawrence Livermore National* | McLean, VA 22102 |
| 11 | *Security, LLC* | Telephone:   (703) 940-5031 |
|    | | Facsimile:    (650) 802-6001 |
| 12 | | |
|    | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 13 | | Nicholas Groombridge |
| 14 | | Jennifer H. Wu |
|    | | Josephine Young |
| 15 | | 1285 Avenue of the Americas |
|    | | New York, NY 10019-6064 |
| 16 | | Telephone: (212) 373-3000 |
|    | | Facsimile: (212) 757-3990 |
| 17 | | |
|    | | Megan F. Raymond |
| 18 | | 2001 K Street, NW |
|    | | Washington, DC 20006 |
| 19 | | Telephone: (201) 223-7300 |
|    | | Facsimile: (201) 223-7420 |
| 20 | | |
| 21 | | *Attorneys for Defendant* |
|    | | *10X Genomics, Inc.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

WHEREAS, Bio-Rad Laboratories, Inc. ("Bio-Rad") and the Lawrence Livermore National Security, LLC ("LLNS") (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 9,089,844; 9,126,160; 9,216,392; 9,347,059; 9,500,664; 9,636,682; and 9,649,635 (collectively, "the Bio-Rad Patents-in-Suit") against 10X Genomics, Inc. ("10X") (Dkt. No. 1);

WHEREAS, 10X Genomics, Inc. ("10X") answered, asserted affirmative defenses, and counterclaimed for declaratory judgment of non-infringement and invalidity of the Bio-Rad Patents-in-Suit (Dkt. No. 25);

WHEREAS, Plaintiffs and 10X have mutually agreed to a settlement of their respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and 10X, through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. To dismiss with prejudice Plaintiffs' claims for infringement of the Bio-Rad Patents-in-Suit against 10X (Dkt. No. 1, First through Seventh Causes of Action).

2. To dismiss without prejudice 10X's counterclaims for non-infringement and invalidity of the Bio-Rad Patents-in-Suit against Plaintiffs (Dkt. No. 25, First through Fourteenth Causes of Action of 10X's Counterclaims for Declaratory Judgment);

Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

Dated: July 28, 2021

| | |
|---|---|
| */s/ David Bilsker* | */s/ Azra M. Hadzimehmedovic* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Randy Z. Wu (SBN 293090) |
| David Bilsker (Bar No. 152383) | 6230 Stoneridge Mall Road |
| davidbilsker@quinnemanuel.com | Pleasanton CA 94588 |
| 50 California Street, 22nd Floor | Telephone: (925) 401-7318 |
| San Francisco, California 94111-4788 | Randy.Wu@10xgenomics.com |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | **TENSEGRITY LAW GROUP, LLP** |
| | MATTHEW D. POWERS (Bar No. 104795) |
| Kevin Johnson (Bar No. 177129) | matthew.powers@tensegritylawgroup.com |
| kevinjohnson@quinnemanuel.com | 555 Twin Dolphin Drive, Suite 650 |
| 555 Twin Dolphin Dr., 5th Floor | Redwood Shores, CA 94065 |
| Redwood Shores, California 94065 | Telephone:    (650) 802-6000 |
| Telephone: (650) 801-5000 | Facsimile:    (650) 802-6001 |
| Facsimile: (650) 801-5100 | |
| | AZRA M. HADZIMEHMEDOVIC (Bar No. 239088) |
| *Attorneys for Plaintiffs* | azra@tensegritylawgroup.com |
| | 8260 Greensboro Drive, Suite 260 |
| *Bio-Rad Laboratories, Inc. and Lawrence Livermore National Security, LLC* | McLean, VA 22102 |
| | Telephone:    (703) 940-5031 |
| | Facsimile:    (650) 802-6001 |
| | |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | Nicholas Groombridge |
| | Jennifer H. Wu |
| | Josephine Young |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | ngroombridge@paulweiss.com |
| | jwu@paulweiss.com |
| | jyoung@paulweiss.com |
| | |
| | Megan F. Raymond |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (201) 223-7300 |
| | Facsimile: (201) 223-7420 |
| | mraymond@paulweiss.com |
| | |
| | *Attorneys for Defendant* |
| | |
| | *10X Genomics, Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that all signatories listed above, on whose behalf this Joint Stipulation of Dismissal with Prejudice is submitted, concur in the filing's content and have authorized the filing

Dated: July 28, 2021                            */s/ Azra M. Hadzimehmedovic*

                                                Azra M. Hadzimehmedovic
                                                Attorneys for Defendant

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July _30_, 2021

_____
Honorable Vince Chhabria
United States District Judge